# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–30285–hcm

Chapter No.: 13

Judge: H. Christopher Mott

IN RE: **Martin Alfredo Maese**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on  **6/10/20 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 25 Motion For Adequate Protection(14 Day Objection Language), Motion for Relief from Stay (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 181.00 ) filed by Ammar Dadabhoy for Creditor BMO Harris Bank N.A. Hearing Scheduled For 6/10/2020 at 01:30 PM at El Paso Courtroom (Farrar, Ronda) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. **A TIMELY–FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD**.....*IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E–MAIL THE COURTROOM DEPUTY AT RONDA_FARRAR@TXWB.USCOURTS.GOV FOR A SPECIAL SETTING; IF THIS MATTER SETTLES, YOU MAY APPEAR AT DOCKET CALL TO EITHER SUBMIT AN AGREED ORDER OR ANNOUNCEMENT 30 MINUTES BEFORE THE HEARING TIME.*

Dated: 5/7/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)–HCM]** [NtchrgBKhcmap]